266 So.2d 223

**STATE of Louisiana ex rel. Joseph BROWN**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 52670.

Sept. 19, 1972.

Application denied; the showing made and the evidentiary hearing in the district court do not warrant the exercise of our jurisdiction.

266 So.2d 223

**Barbara Anne Klein WHITE**

v.

**Norman George KLEIN, Sr.**

No. 52664.

Sept. 19, 1972.

BARHAM, J., is of the opinion the writ should be granted. Collection of this 16 year old "debt" "charge" for child support out of the assets of the second community offends my sense of justice. Fazzio v. Krieger, 226 La. 511, 76 So.2d 713 (1954) is equivocal in its alternative holding and may be distinguished or it should be limited in application in light of United States Fidelity & Guaranty Co. v. Green, 252 La. 227, 210 So.2d 328 (1968).